[No. 77. Decided August 8, 1890.]

STATE OF WASHINGTON, *on the relation of* D. B. BAKER, v.
J. A. SNODGRASS, MATT. BROWN, DAVID HARRIS, R. T.
COWAN AND LUTHER DAVIS.

*Appeal from Superior Court, Clarke County.*

Action by D. B. Baker to enjoin the defendants and ap-
pellees, who were the auditor, treasurer and county commis-
sioners, respectively, of Clarke county, State of Washington,
from issuing county bonds. In pursuance of an election
duly held, there being more than three-fifths of the votes
cast in favor of the issuance of forty thousand dollars in
county bonds, the appellees were about to negotiate said
bonds to raise money for the building of a court house and
jail in said county, when the appellant procured a restrain-
ing order to prevent the sale of said bonds. At the hearing
for a perpetual injunction, the demurrer to the bill was sus-
tained, and final judgment rendered against the appellant.
From this judgment the plaintiff appeals to this court.

There were 792 votes cast at said election, while there
were at the date of said election 2,000 duly qualified voters
residing within Clarke county. The county was already
indebted in the sum of fifty-five thousand dollars, and the
assessed value of all real and personal property in the

county amounted to the sum of two million six hundred and fifty thousand dollars.

*D. P. Ballard*, and *J. W. Metcalf*, for appellant.

*A. L. Miller*, for appellees.

The opinion of the court was delivered by

STILES, J.—The matter at issue in this case was the same as that in *Metcalfe v. Seattle, ante*, p. 297, there being but one question to be passed upon, however, viz. : That whether the majority required to authorize the officials of a county to issue bonds to build a court-house must be three-fifths of all the voters of the county, or three-fifths of those voting. The action of the court below was the same as that of the superior court of King county, and the judgment here must be the same as in *Metcalfe v. Seattle,* for the reasons fully given in that case.

Judgment affirmed, with costs to appellee.

ANDERS, C. J., and SCOTT, DUNBAR and HOYT, JJ., concur.